**WRIT OF EXECUTION**

| United States District Court UTAH | DISTRICT CENTRAL DISTRICT |
|---|---|

TO THE MARSHAL OF: UNITED STATES DISTRICT COURT UTAH—CENTRAL DISTRICT

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME DIESEL POWER GEAR, LLC, 955 S. 188 W., Woods Cross, Utah 84087; including but not limited to the following assets of Diesel Power Gear, LLC': (i) trademark, good will and copyright titled "Sparks Motors"; (ii) accounts receivables and customer payments generated/received using the "Sparks Motors" trademark, by Diesel Power Gear, LLC and/or SMCO Management Group, LLC, and/or HeavyDSparks d/b/a Sparks Motors; and/or B & W Auto LLC d/b/a Sparks Motors, all located at 1955 S. 188 W., Woods Cross, Utah 84087.

you cause to be made and levied as well a certain debt of: DIESEL POWER GEAR, LLC

| DOLLAR AMOUNT $11,823,571.37 plus interest per annum of 5.08 % from 12.11.23 | DOLLAR AMOUNT<br><br>and |
|---|---|

in the United States District Court for the UTAH _____ District of CENTRAL _____,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said Debtor Diesel Power Gear.,

and also the costs that may accrue under this writ.
　　And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE: US District Court | DISTRICT: Central |
|---|---|
| CITY Salt Lake City | DATE |

Witness the Honorable _____
　　　　　　　　　　　　　　　(United States Judge)

| DATE<br><br>10/06/2025 | CLERK OF COURT　　Gary P Serdar |
| | (BY) DEPUTY CLERK _[signature]_ |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPT MARSHAL |
|---|---|