**WRIT OF EXECUTION**

| United States District Court UTAH | DISTRICT CENTRAL DISTRICT  2:25-mc-00082 |
|---|---|

TO THE MARSHAL OF:UNITED STATES DISTRICT COURT UTAH—CENTRAL DISTRICT

**YOU ARE HEREBY COMMANDED**, that of the goods and chattels, lands and tenements in your district belonging to:

NAME DIESEL POWER GEAR, LLC, 955 S. 188 W., Woods Cross, Utah  84087; including but not limited to the following assets of Diesel Power Gear, LLC': (A) Trademark and Copyrights in name of (i) DPG, (ii) Mega Ramrunner; (iii) Legion; (iv) Power Gear; (v) DP; (vi) Brocamino; (vii) Brodozer and all accounts receivables and revenues generated using those trademarks and copyrights (see attached); (B) Sparksmotorsofficial.com domain name; (C) all rights of Debtor in (i) facebook.com/Sparks Motors; (ii)Instagram.com/sparksmotors1985; (iii) Instagram.com/sparks_motors; youtube@sparksmotorsco, and profits generated from those sites. (See attached).

you cause to be made and levied as well a certain debt of: DIESEL POWER GEAR, LLC

DOLLAR AMOUNT $11,823,571.37 plus interest per annum of
5.08 % from 12.11.23

DOLLAR AMOUNT

and

in the United States District Court for the UTAH_____District of CENTRAL _____,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said Debtor Diesel Power Gear.,

and also the costs that may accrue under this writ.
    And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE: US District Court | DISTRICT:  Central |
|---|---|
| CITY Salt Lake City | DATE |

Witness the Honorable _____
(United States Judge)

| DATE 10/14/2025 | CLERK OF COURT Gary P Serdar |
|---|---|
| | (BY) DEPUTY CLERK *Martell Jones* |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPT MARSHAL |
|---|---|

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEFENDANT | TYPE OF PROCESS |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | TELEPHONE NUMBER | DATE |
|---|---|---|
| *Melissa Levine, Esq.* ☐ PLAINTIFF ☐ DEFENDANT | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. 081 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Timothy Perkins | 11/13/25 | 11:10AM | ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| 1546 W 975 S, Layton, UT | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**CENTRAL  DIVISION**

|  |  |  |
|---|---|---|
| DIESEL S.P.A.; AND DIESEL U.S.A., INC. Plaintiffs, | * * * * | **APPLICATION FOR WRIT OF EXECUTION** |
| vs. | * * | **Case No. 2:25-mc-00082** |
| DIESEL POWER GEAR, LLC. Defendant, | * * * * | |

The Plaintiff hereby applies for a writ of execution on the following grounds, pursuant to Federal Rule of Civil Procedure Rule 69(a)(1) and Utah Rules of Civil Procedure 64 and 64E:

1.    That judgment has been entered in the above-cited action requiring that Diesel Power

Gear, LLC pay the Plaintiffs $11,823,571.37.  The amount that remains due on the

judgment is $11,823,571.37 with interest, at the rate of 5.08 % per annum from December

11, 2023.

2.    That the property of Diesel Power Gear, LLC to be seized consists of,  including but not limited to the following assets of Diesel Power Gear, LLC:  (A) Trademark and Copyrights in name of (i) DPG, (ii) Mega Ramrunner; (iii) Legion;  (iv) Power Gear; (v) DP; (vi) Brocamino; (vii) Brodozer and all accounts receivables and revenues generated using those trademarks and copyrights (see attached); (B) Sparksmotorsofficial.com domain name; (C) all rights of Debtor in (i) facebook.com/Sparks Motors; (ii)Instagram.com/sparksmotors1985; (iii) Instagram.com/sparks_motors; youtube/@sparksmotorsco, and profits generated from those sites. (See attached).

3.    ___

4.    ___

(*If known, list the nature, location, account number and estimated value of the property*)

held by: 1800

1955 S. 188 W., Woods Cross, Utah  84087 (801) 332-9140

*1546 W. 975 S, Layton UT 84041*

(*List name, address and phone number of the person holding the property*)

SMCO Management  Group, LLC, 1955 S. 188 W., Woods Cross, Utah  84087   *And 1546 W. 975 S, Layton, UT 84041*
                                                      1800

HeavyDSparks d/b/a Sparks Motors, 1955 S. 188 W., Woods Cross, Utah  84087
                                                      1800

B & W Auto  LLC d/b/a Sparks Motors, 1955 S. 188 W., Woods Cross, Utah  84087

3.    That the following persons are known to claim an interest in property:
Diesel Power Gear, SMCO Management Group, LLC,  HeavyDSparks d/b/a
Sparks Motors, B & W Auto LLC, Diesel S.P.A.; and Diesel U.S.A., Inc.

DATED this 09th__ day of October, 2025.

*Melissa Levine, Esq.*

Plaintiff/Attorney for Plaintiff
The Gold Law Firm, PC
by: Melissa Levine, Esq.
1666 Newbridge Rd, 2nd floor
N. Bellmore, NY   11710
(516)512-6333
mlevine@thegoldlawfirmpc.com

000002

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## NOTICE OF EXECUTION, EXEMPTIONS, AND
## RIGHT TO A HEARING

### PLEASE READ THIS NOTICE CAREFULLY
### YOUR PROPERTY, BENEFITS, OR INCOME MAY BE TAKEN
### TO PAY A CREDITOR

The attached *Writ of Execution* has been issued by this Court at the request of a judgment creditor (the Plaintiff) who sued you and got a judgment against you. This means that land or personal property owned by you may be taken by the Plaintiff to pay the judgment against you.

The law provides that certain property cannot be taken to pay judgments. Such property is said to be exempt. The following is a partial list of property that is or may be exempt.

1. A homestead whose value does not exceed the amount allowed under the law. (See Section 78-23-4 of the Utah Code, Annotated regarding the proper procedure to declare and file a homestead)
2. A motor vehicle used in trade or business up to the amount allowed by law
3. Tools of the trade up to the amount allowed by law
4. Social Security Benefits
5. Supplemental Security Income Benefits (SSI)
6. Veteran's Benefits
7. Unemployment Benefits
8. Worker's Compensation Benefits
7. Public Assistance (Welfare)
8. Alimony and/or Child Support
11. Certain Pensions
12. Part or all of the wages or other earnings from personal services
13. Certain household furnishings and appliances,
14. Certain musical instruments
15. Certain heirlooms

This is a **partial list** and other various property exemptions may be available under federal law or the Utah Exemption Statute (Section 78-23 of the Utah Code) for other possible exemptions.

There is no exemption solely because you are having difficulty paying your debts.

The above exemptions may not apply to judgments for alimony, support, or maintenance or to state or local taxes or to allowable claims listed in Utah Code Ann. Section 78-23-10.

If there is a co-owner of the property taken, you or the co-owner should request a hearing.

000003

IF THE PROPERTY DOES NOT BELONG TO YOU, OR IF YOU ARE AWARE OF OTHER REASONS WHY THIS PROPERTY SHOULD NOT BE TAKEN, YOU OR THE OWNER OF THE PROPERTY MAY WANT TO CONSULT AN ATTORNEY.

Because of the execution, the sheriff or constable has seized your property and will deliver it to the Plaintiff or sell it.

If you believe that the Writ of Execution was issued improperly or you are entitled to an exemption, DO THE FOLLOWING IMMEDIATELY. You have a deadline of ten(10) days from the date the Plaintiff mailed or delivered this notice to you.

1. Check the appropriate box(es) in paragraph one of the attached "Request for a Hearing."
2. Sign your name in the space indicated and write the address where the Court Clerk is to notify you of the hearing.
3. Mail or take the "Request for Hearing" to the Court Clerk and to the Plaintiff or the Plaintiff's attorney within ten (10) days from the date this notice was mailed or delivered to you. Keep a copy for your records. The Court will set the matter for hearing and notify you. You have the right to a hearing within ten (10) days from the date the Court Clerk receives your claim. At the hearing in Court, you will have to prove that your property is exempt or the Writ of Execution was not properly issued. You should bring any documents which may help to prove your claim.

A KNOWINGLY MADE FALSE STATEMENT ON THE FORM MAY SUBJECT YOU TO CRIMINAL PENALTIES.

You may want to consult an attorney for advice or assistance concerning the hearing. If you do not come to Court at the designated time and prove that the execution was issued improperly or that your property is exempt, you may lose some of your rights.

If you do not request a hearing within the time specified above, but believe that the execution was issued improperly or that you are entitled to an exemption, you should consult an attorney.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH – CENTRAL DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| **DIESEL S.P.A.,; AND DIESEL U.S.A., INC.** | : | |
| **Plaintiff** | : | **REQUEST FOR HEARING** |
| | : | |
| **vs.** | : | |
| | : | |
| **DIESEL POWER GEAR, LLC.** | | **Civil No. 2:25-MC-00082** |
| **Defendant** | : | |
| | : | |

1.      Complete this paragraph if you claim the property executed upon is exempt:

(   ) (a) The property which has been executed upon is exempt from execution because it is (Check the applicable box or boxes):

      (   )   Homestead up to the amount allowed by law
      (   )   A motor vehicle used in my trade or business and having a value below that allowed by law
      (   )  Tools of the trade
      (   )   Social Security Benefits
      (   )   Supplemental Security Income (SSI)
      (   )   Veterans' Benefits
      (   )   Unemployment Benefits
      (   )   Worker's Compensation
      (   )   Public Assistance (Welfare)
      (   )   Alimony or Child Support
      (   )   Pensions
      (   )   Wages or other earnings from personal services
      (   )   Owned by another person
      (   )   Only partly owned by me
      (   )   Certain tools of the trade below the value allowed by law
      (   )   Certain furniture and appliances
      (   )   Certain musical instruments
      (   )   Certain heirlooms
      (   )   Other (describe): _____

_____

(   ) (b)    Check if applicable: I have attached copies of the documents that show my property is exempt.

2.    Complete this paragraph if you believe the Writ of Execution was improperly issued:

(   )    I believe that the writ of execution was issued improperly. (Explain)

_____

_____

(   )    I claim ownership of all or part of the property taken and I am not one of the persons against whom a judgment has been entered.

(   )    I do not own the property taken.

I REQUEST THAT THIS MATTER BE SET FOR A HEARING.

THE STATEMENTS MADE IN THIS REQUEST ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated this ____ day of _____, 20_____

_____          _____
Signature                                                       Name (printed or typed)

_____

_____

_____
Mailing Address

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH – CENTRAL DIVISION

| | | |
|---|---|---|
| DIESEL S.P.A.,; AND DIESEL U.S.A., INC | : | |
| | : | |
| **Plaintiff** | : | **REQUEST FOR HEARING** |
| | : | |
| vs. | : | |
| | : | |
| DIESEL POWER GEAR, LLC | : | **Civil No. 2:25-mc-00082** |
| | : | |
| **Defendant** | : | |
| | : | |

1.      Complete this paragraph if you claim the property executed upon is exempt:

(   ) (a) The property which has been executed upon is exempt from execution because it is (Check the applicable box or boxes):

- (   )    Homestead up to the amount allowed by law
- (   )    A motor vehicle used in my trade or business and having a value below that allowed by law
- (   )    Tools of the trade
- (   )    Social Security Benefits
- (   )    Supplemental Security Income (SSI)
- (   )    Veterans' Benefits
- (   )    Unemployment Benefits
- (   )    Worker's Compensation
- (   )    Public Assistance (Welfare)
- (   )    Alimony or Child Support
- (   )    Pensions
- (   )    Wages or other earnings from personal services
- (   )    Owned by another person
- (   )    Only partly owned by me
- (   )    Certain tools of the trade below the value allowed by law
- (   )    Certain furniture and appliances
- (   )    Certain musical instruments
- (   )    Certain heirlooms
- (   )    Other (describe): _____

_____

(   ) (b)     Check if applicable: I have attached copies of the documents that show my property is exempt.

2.    Complete this paragraph if you believe the Writ of Execution was improperly issued:

(   )     I believe that the writ of execution was issued improperly. (Explain)
_____
_____

(   )     I claim ownership of all or part of the property taken and I am not one of the persons against whom a judgment has been entered.

(   )     I do not own the property taken.

I REQUEST THAT THIS MATTER BE SET FOR A HEARING.

THE STATEMENTS MADE IN THIS REQUEST ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated this ___ day of_____, 20____

_____          _____
            Signature                                  Name (printed or typed)

                                                        _____

                                                        _____

                                                        _____
                                                        Mailing Address

TRADEMARKS—REGISTERED AT
UNITED STATES PATENT AND
TRADEMARK OFFICE OWNED BY
DIESEL POWER GEAR

000011



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office

January 15, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION 5,682,252 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *February 19, 2019*

SAID RECORDS SHOW TITLE TO BE IN:
*REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*Miguel Tarver*

Miguel Tarver
Certifying Officer

# United States of America

## United States Patent and Trademark Office

# LEGION

Reg. No. 6,075,276

Registered Jun. 09, 2020

Int. Cl.: 12

Trademark

Principal Register

Diesel Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY)
1955 S 1800 W
Woods Cross, UTAH 84087

CLASS 12: non-structural parts, components, and accessories for trucks, namely, fitted truck bed covers

FIRST USE 3-31-2020; IN COMMERCE 3-31-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-257,930, FILED 12-05-2016





Director of the United States
Patent and Trademark Office



8561392

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 15, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION 6,075,276 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10 YEARS* FROM *June 9, 2020*

SAID RECORDS SHOW TITLE TO BE IN:
  *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*Rodney Glover*

Rodney Glover
Certifying Officer



0000

# United States of America

## United States Patent and Trademark Office

# LEGION

**Reg. No. 5,682,252**

**Registered Feb. 19, 2019**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Diesel Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY)
1955 S 3800 W
Woods Cross, UTAH 84087

CLASS 12: tires for automobiles and trucks, but specifically excluding motorcycle tires

FIRST USE 11-8-2018; IN COMMERCE 11-8-2018

THIS MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-979,547, FILED 12-05-2016

Director of the United States
Patent and Trademark Office



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 15, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION 5,694,306 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *March 12, 2019*

SAID RECORDS SHOW TITLE TO BE IN:
*REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



*Miguel Tarver*

Miguel Tarver
Certifying Officer

# United States of America

## United States Patent and Trademark Office



Reg. No. 5,694,306

Registered Mar. 12, 2019

Int. Cl.: 25

Trademark

Principal Register

Diesel Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY)
1955 S 1800 W
Woods Cross, UTAH 84087

CLASS 25: clothing and apparel, namely, shirts, pants, shorts, jackets, hoodies, and hats

FIRST USE 5-1-2013; IN COMMERCE 5-1-2013

The mark consists of a capitalized "D" followed by a capitalized "P". A lightning bolt silhouette separates the "D" and the "P".

SER. NO. 87-260,958, FILED 12-07-2016

Director of the United States
Patent and Trademark Office



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 15, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION 5,753,627 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *May 14, 2019*

SAID RECORDS SHOW TITLE TO BE IN:
  *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*Rodney Glover*

Rodney Glover
Certifying Officer



# United States of America

## United States Patent and Trademark Office

## MEGA RAMRUNNER

**Reg. No. 5,753,627**

**Registered May 14, 2019**

**Int. Cl.: 25**

**Trademark**

**Supplemental Register**

Diesel Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY)
1955 S 1800 W
Woods Cross, UTAH 84087

CLASS 25: Clothing, namely, shirts, jackets, hoodies, sweatshirts, beanies, caps, and wristbands

FIRST USE 2-5-2019; IN COMMERCE 2-5-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-980,131, FILED P.R. 05-31-2017; AM. S.R. 04-10-2019



Director of the United States
Patent and Trademark Office



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 16, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION 5,762,933 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *May 28, 2019*

SAID RECORDS SHOW TITLE TO BE IN:
*REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



Rodney Glover
Certifying Officer

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,762,933**

**Registered May 28, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Diesel Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY)
1955 S 1800 W
Woods Cross, UTAH 84087

CLASS 25: clothing and apparel, namely, shirts, pants, shorts, jackets, hoodies, and hats

FIRST USE 9-11-2018; IN COMMERCE 9-11-2018

The mark consists of a skull with geometric facial features including eyes, polygonal eyes, arrow nose, and track mouth/jaw, as well as a long beard.

SER. NO. 88-161,036, FILED 10-18-2018

Director of the United States
Patent and Trademark Office



8561392

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS, SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 15, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION 6,047,568 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *May 5, 2020*

SAID RECORDS SHOW TITLE TO BE IN:
    *REGISTRANT*

        By Authority of the
        Under Secretary of Commerce for Intellectual Property
        and Director of the United States Patent and Trademark Office

*Miguel Tarver*



Miguel Tarver
Certifying Officer

# United States of America
### United States Patent and Trademark Office

# BRODOZER

| | |
|---|---|
| **Reg. No. 6,047,568** | Diesel Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY) |
| | 1955 S 1800 W |
| **Registered May 05, 2020** | Woods Cross, UTAH 84087 |
| **Int. Cl.: 25** | CLASS 25: Clothing, namely, shirts, jackets, hoodies, sweatshirts, beanies, caps, and |
| | wristbands |
| **Trademark** | FIRST USE 10-1-2019; IN COMMERCE 10-1-2019 |
| **Principal Register** | THIS MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY |
| | PARTICULAR FONT STYLE, SIZE OR COLOR. |
| | SER. NO. 88-651,662, FILED 10-11-2019 |





Director of the United States
Patent and Trademark Office



8561392

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 15, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION 6,098,005 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *July 7, 2020*

SAID RECORDS SHOW TITLE TO BE IN:
*REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*Miguel Tarver*



Miguel Tarver
Certifying Officer

# United States of America

## United States Patent and Trademark Office

# BROCAMINO

Reg. No. 6,098,005

Registered Jul. 07, 2020

Int. Cl.: 25

Trademark

Principal Register

Diesel Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY)
1955 S 1800 W
Woods Cross, UTAH 84087

CLASS 25: Clothing, namely, shirts and caps

FIRST USE 4-14-2020; IN COMMERCE 4-14-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-977,705, FILED 10-04-2019





Director of the United States
Patent and Trademark Office



8561352

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 15, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION 6,201,106 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *November 17, 2020*

SAID RECORDS SHOW TITLE TO BE IN:
   *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*Rodney Glover*

Rodney Glover
Certifying Officer



# United States of America

### United States Patent and Trademark Office

# POWER GEAR

Reg. No. 6,201,106

Registered Nov. 17, 2020

Int. Cl.: 25

Trademark

Principal Register

Dissol Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY)
1955 S 1800 W
Woods Cross, UTAH 84087

CLASS 25: Athletic shirts; Baseball caps and hats; Camouflage shirts; Graphic T-shirts; Hats; Hooded sweat shirts; Long-sleeved shirts; Shirts; Shirts and short-sleeved shirts; Short-sleeved or long-sleeved t-shirts; Short-sleeved shirts; Sports caps and hats; T-shirts; Wristbands as clothing

FIRST USE 3-1-2020; IN COMMERCE 3-1-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "GEAR"

SER. NO. 88-288,406, FILED 02-04-2019



Director of the United States
Patent and Trademark Office





# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 15, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION *6,420,750* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *July 13, 2021*

SAID RECORDS SHOW TITLE TO BE IN:
*REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*Rodney Glover*

Rodney Glover
Certifying Officer



# United States of America

## United States Patent and Trademark Office

# DPG

Reg. No. 6,420,750

Registered Jul. 13, 2021

Int. Cl.: 25

Trademark

Principal Register

Diesel Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY)
1955 S 1800 W
Woods Cross, UTAH 84087

CLASS 25: Athletic shirts; Baseball caps and hats; Graphic T-shirts; Hats; Hooded
sweat shirts; Long-sleeved shirts; Shirts; Shirts and short-sleeved shirts; Short-sleeved
or long-sleeved t-shirts; Short-sleeved shirts; Sports caps and hats; T-shirts

FIRST USE 12-1-2020; IN COMMERCE 12-1-2020

THIS MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-670,895, FILED 10-28-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

SPARKSMOTORSOFFICIAL.COM

← → C 🔒 sparksmotorsofficial.com

⊞ 🏢 Office Portal 📅 Google Calendar - J... 🏦 Wells Fargo Bank, N... 🔵 REPRESENTING YO... 🔵 LexisNexis Product...

SMCO GEAR ⌄    CONVENIENCE STORE ⌄    GOLD MEMBE



**1575** ENTRIES **15X**
from $105.00
HEAVY RESCUE: NO MAN LEFT BEHIND PACK

**4620**
from $154
"THE 2ND" B

**2145** ENTRIES **15X**
$153.00 $143.00 Sale
FLAG PACK
1 color

**2160**
$150.00 $
MECHANIC

000001
000032

    


# PREMIUM BUNDLES



ENTRIES **30X**

.95

LACKOUT ULTIMATE PACK



**2310** ENTRIES **15X**

from $154.95

"THE 2ND" ULTIMATE PACK



**1350** ENTRIES **15X**

from $90.00

BROCAMINO PACK

SALE





ENTRIES **15X**

!144.00 Sale

'ACK

SALE



**1170** ENTRIES **15X**

$90.00 from $78.00 Sale

PARADISE PACK
1 color

NEW



QUICK VIEW



**1680** ENTRIES **15X**

$140.00 $112.00 Sale

PARADISE UPGRADED PACK
1 color

NEW





# YOUTH GEAR



SALE

**25** ENTRIES 1X
~~$35.00~~ $25.00 Sale
**SMCO FLAG YOUTH**
3 colors

SALE

**25** ENTRIES 1X
~~$35.00~~ $25.00 Sale
**BLACKHAWK YOUTH**
1 color

## JOIN OUR EMAIL LIST

'···· and More.

## YOUTH GEAR

→



SALE



SALE



SALE



SALE



**25** ENTRIES 
~~$35.00~~ $25.00 Sale
**SMCO FLAG YOUTH**
3 colors

**25** ENTRIES
~~$35.00~~ $25.00 Sale
**BLACKHAWK YOUTH**
1 color

**25** ENTRIES 
~~$30.00~~ $25.00 Sale
**BONFIRE YOUTH**
2 colors

**25** ENTRIES 
$25.00
**WRENCHING AINT EASY YOUTH**
1 color

**25** EN 
$25.00
MEGARA
1 color



## JOIN OUR EMAIL LIST

News on the Latest Builds, Videos and More.

Your email          SIGN UP

By completing this form, you are signing up to receive our emails and can unsubscribe at any time.



Copyright © 2023, SparksMotors. All rights reserved. See our terms of use and privacy notice.

**ALL LINKS**

Search

Contact Us

Shipping Policy

Build Request

Winners

Privacy Policy

Terms of Service

Work For Us

Refund and Return Policy



ENTRIES **1X**

}

)ZER MADE IN AMERICA YOUTH

000005

000026

**VIEW ALL**

⊞   🚗 Office Portal   📅 Google Calendar - J...   🏦 Wells Fargo Bank, N...   🟢 REPRESENTING YO...   🌐 LexisNexis Product...   🌐 second circuit filing   🌐 nassau county land...

SMCO GEAR ⌄    CONVENIENCE STORE ⌄    GOLD MEMBERSHIP    SCRAPYARD KING

# SPARKS APPROV

▼ What are SPARKS APPROVED products

We are approached by a lot of brands so any product we add to th
tested it, researched it, and approve it 100

* Sparks Approved Partners are ineligble for Money

⇌ Filter ⌄   55 Results



ED

s page you know we have

giveaway

000008

Sort: Featured ⌄

**VIEW ALL**

# SPARKS APPROVED

Gear from our favorite Companies







**54** ENTRIES `4X`

~~$109.99~~ $54.99 Sale

TUFF WALLET

**34** ENTRIES `1X`

~~$45.00~~ $34.95 Sale

BLACK SMOKE

**60** ENTRIES `4X`

$60.00

SHATTER-X UNIVERSAL WIPE ON LIQUID GLASS (SIO2)
WINDSHIELD PROTECTION



















**25** ENTRIES `1X`

from $25.95

BLACK BEARDS FERRO ROD FIRE STARTER

**34** ENTRIES `1X`

~~$45.00~~ $34.95 Sale

ARMY GREEN

**34** ENTRIES `1X`

~~$45.00~~ $34.95 Sale

AMERICAN FLAG

000010



SOLD OUT



SOLD OUT



SOLD OUT



**44** ENTRIES 
$55.95 $44.95 Sale
TUFF RING PRO - TITAN BLACK

**79** ENTRIES 
$79.00
FIRST AID PRO

**39** ENTRIES 
$39.00
FIRST AID CORE

SOLD OUT



SOLD OUT



SOLD OUT



**229** ENTRIES 
$229.00
THE VAULT 100L DUFFEL BAG
2 colors

**124** ENTRIES 
$124.00
THE SEVENTY2® PRO SHELL | DRY BAG
4 colors

**139** ENTRIES 
$139.00
FIRST AID PLUS

000011



SOLD OUT


SOLD OUT


SOLD OUT


**599** ENTRIES 

$599.00

THE SEVENTY2® PRO SURVIVAL SYSTEM
4 colors

**40** ENTRIES

$40.00

1776 AMERICAN FLAG

**40** ENTRIES

$40.00

BLACK AND WHITE AMERICAN FLAG

**VIEW ALL**

# VEHICLE ESSENTIALS

Every Day Carry for your Truck



000012





**19** ENTRIES
from $19.95
NEW RED WHITE & BLUE RAPID ROPE - ROPE
IN A CAN - 1100 LB. TENSILE STRENGTH



**19** ENTRIES
from $19.95
RAPID ROPE CANISTERS | ROPE IN A CAN | 120
FEET | 1100 LB TEST | USA MADE|
18 colors



**139** ENTRIES
$139.00
FIRST AID PLUS



**72** ENTRIES
from $72.99
BRODOZER RECOVERY ROPE



**1724** ENTRIES
$2,120.00 from $1,724.99 Sale
FARM / HEAVY EQUIPMENT KIT



**464** ENTRIES
$570.00 from $464.99 Sale
(1-TON) DIESEL TRUCK OFF-ROAD RECOVERY
KIT



**415** ENTRIES
$510.00 from $415.99 Sale
OFF-ROAD RECOVERY KIT



**342** ENTRIES
$430.00 from $342.99 Sale
SUV OFF-ROAD RECOVERY KIT










**FERRO ROD**

- EXTRA LARGE Super Lite 1.5" in diameter throws a MASSIVE shower of hot sparks to light fire but to ignite any conditions.
- Windproof & weather resistant. Good for up to 10,000 strikes
- Over 1 feet of paracord

**CAPTAIN'S LOOT KIT**

3 Black Beard Fire Starters + 1 Fire Kit Organizer + 1 Black Beard Ferro Rod + 1 Black Beard Velcro Patch

**299** ENTRIES **1X**

$370.00 from $299.99 Sale

SXS OFF-ROAD RECOVERY KIT

**78** ENTRIES **1X**

$95.00 from $78.99 Sale

"DOUBLE LOOP" SOFT SHACKLE
3 colors

**25** ENTRIES **1X**

from $25.95

BLACK BEARDS FERRO ROD FIRE STARTER

**58** ENTRIES **1X**

$91.00 $58.95 Sale

CAPTAIN'S LOOT KIT | FIRE STARTER KIT



**THE ULTIMATE FIRE STARTER KIT**

4 Black Beard Fire Starters + 1 Arc Lighter+ 1 Ferro rod + 1 organizer case







**79** ENTRIES **1X**

$126.00 from $79.95 Sale

PIRATES PLUNDER - FIRE STARTER KIT

**299** ENTRIES **1X**

$299.00

THE SEVENTY2® SURVIVAL SYSTEM

**599** ENTRIES **1X**

$599.00

THE SEVENTY2® PRO SURVIVAL SYSTEM
4 colors

**VIEW ALL**



Shipping News

**JOIN OUR EMAIL LIST**

Your email                                    SUBSCRIBE

United States (USD $)

Copyright © 2025, Sparks Motors. All rights reserved. See our terms of use and privacy notice.

Powered by Shopify



YOU TUBE—SPARKS MOTORS



000047



☰ ▶ YouTube

⌂ Home
⊘ Shorts
▷ Subscriptions

You ›

⟲ History
⇶ Playlists
⊙ Watch later
👍 Liked videos
⬇ Downloads

Explore

⊙ Shopping
♪ Music
▭ Movies & TV
(•) Live
⠿ Playables
⊙ Gaming
▥ News
🏆 Sports
⊙ Learning

# Sparks Motors ⊘

@SparksMotorsCo · 689K subscribers · 640 videos

Have you ever wondered how @HeavyDSparks has all these huge machines with one of a kind fabrication?

sparksmotorsofficial.com and 2 more links

Home    Videos    Shorts    Live    Playlists    Posts    🔍

...sane Giveaway     We took over the Pilot Flying     Brodozer Wrecks a Car and     The Largest American Flag     Our Shady Friend Is Ba...
...covery That We'...     J HQ, now we're giving awa...     Diesel Dave Gets Wrecked b...     ever Flown Behind a Truck!     Tell Us Everything He F...
3 weeks ago     127K views · 1 month ago     64K views · 4 months ago     108K views · 4 months ago     64K views · 5 months ago

videos

...jest Off-Road     Building Heavy D's Concrete     HEAVIEST RESCUE! Building     New Giveaway: SAVAGE     World's Only Extreme D...
                ▒ Truck Conversion!     this 55,000 lbs Recovery...                         6x6 Ranger
1 year ago     1.6M views · 2 years ago     1.3M views · 2 years ago     1.1M views · 5 years ago     1M views · 1 year ago



≡  ▶ YouTube

🏠 Home
🩳 Shorts
📺 Subscriptions

You  >

🕐 History
≡ Playlists
🕐 Watch later
👍 Liked videos
⬇ Downloads

**Sparks Motors** ✓

@SparksMotorsCo · 689K subscribers · 640 videos

Have you ever wondered how @HeavyDSparks has all these huge machines with one of a kind fabrication?

sparksmotorsofficial.com and 2 more links

Home    Videos    Shorts    Live    Playlists    Posts    🔍

Explore

🛍 Shopping
🎵 Music
📺 Movies & TV
📡 Live
🎮 Playables
🎮 Gaming
📰 News
🏆 Sports
🔍 Learning

e shop          ⋮  It's a real problem.. Win    ⋮  The poster child of fuel    ⋮  Is this the healthiest    ⋮  Name a better place
                    this truck!                         economy, do you agree?       way to cook bacon?            grill your steak.
                    34K views                           13K views                    12K views                     11K views

                 **Sparks**



INSTAGRAM—SPARKSMOTORS1985

*Instagram*



**sparksmotors1985** ✔

[ Follow ]  Message  ⁺⚹  •••

**9,134** posts   **1.1M** followers   **820** following

SparksMotorsCO
App page
usAMERICAN MADE MUSCLEus Truck Restorations, Custom Builds, Daily Entertainment
1955 s 1800 w, Woods Cross, Utah 84087
🔗 wyotech.edu/win and 3 more


Workhorse 3.0


LONGHORN


PHANTOM


Brutus


ARIAT


Fake accounts


Nightmare

⊞     ▣     ⧉

⊘ Messages

*Instagram*



Messages

000053

*Instagram*

HIRING

MECHANICA
ENGINEERS
AND
FABRICATORS

Send resume and project
jobs@sellerz.com

Messages

000055

*Instagram*



Messages

000055

*Instagram*



Messages

000056

Instagram



Messages

000057

Instagram



Messages

000058

*Instagram*



Messages

000059

*Instagram*



Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Meta AI   Meta AI Articles   Threads
Contact Uploading & Non-Users   Meta Verified

English ∨   © 2025 Instagram from Meta

Messages

000060

INSTAGRAM—SPARKS_MOTORS

000062

*Instagram*



**sparks_motors**    Follow    Message   +≗   • • •

**1,725** posts      **371K** followers      **184** following

**sparks_motors**

ⓖ sparks_motors

Automotive Manufacturer
• Best Mechanic Content, Apparel, and insane Builds
• Custom 6x6 Trucks Built Here!
• For Business Inquiries, contact... more
🔗 youtu.be/5y32u8Mm8IU?si=SCG2r34uqfe-vl00 and 3 more

SPARK BOOST    Snowed In    Truck giveaw...    Collabs    Warrior Rising    YouTube    CyberTruck

⊞                    ▷                    ▣

⊘ Messages

000062





**Matthew A.** ✓ Verified purchase ⓘ
★★★★★                    10/15/2024

By far the dopest shirt I've gotten so far!
Which is saying alot because all 13 shirts
I've received are dope! Love it! Thank you!

Item type:
2XL

**Amber L.** ✓ Verified purchase ⓘ
★★★★★                    8/3/2024

From the very first time I saw your series /
channel I have watched everyone multiple
times. To me it's like a book that has so
much going on that I can't stop reading it.
I've spent hours & hours just reading it
from start to finish. That is what your
channels do to me. I would love to be able
to come over there and meet you guys
and see facilities along with the builds
you've done. That you for all that you do,
and don't ever stop what you're doing.

Both my 11 year old son and I just love you
all.
God Bless,
Amber 🌸



ⓝ Messages

000063

*Instagram*



Ken W.
★★★★★

✔ Verified purchase ⓘ
8/2/2024

Love the shirts so does my dog diesel

Item type:
XL

Messages

000065

*Instagram*



ELECTRIC CYBER
TRUCK.

Messages

000066



000066



sparksmotorsofficial.com

Messages

000067

*Instagram*



THE TRUCK AND
GETS THAT

Messages

000058



Instagram

★★★★★

Delighted with the gray shirt - heavy rescue - and would love some more of the army green shirts. Got my dollar and a sticker! What more could an old lady ask for...... Well I could think of some things but I'll have to be happy with what I got and that's t-shirts. I'm very happy with your products. They wear well both in fit and durability. Hope somebody very deserving gets Goliath. Wish all of you at Sparks motors a wonderful spring and summer. Pavatti...... YEAI !!!! ♪☆🔥🐺❤️🐾

Instagram

Jon K. ✓ Verified
★★★★★
5/2/2025

Love you guys. You are the coolest people around

2XL

Stephen H.
✓ Verified
5/1/2025
★★★★★

I love the merch just wish shipping was faster

2XL

320 MILE RAZOR THAT IS

*Instagram*



HIRING
MECHANICAL
ENGINEERS
AND
FABRICATORS
Send resume and project
jobs@sellerz.com

ABOUT READY TO
PULL.

NOT YOUR MONKEY WRENCH

Sean J. ⊘ Verified purchase ⓘ
★★★★★ 10/11/2024

I love it. I can't wait to receive my next one.

Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Meta AI   Meta AI Articles   Threads
Contact Uploading & Non-Users   Meta Verified

English ⌄   © 2025 Instagram from Meta

Messages

FACEBOOK—SPARKS MOTORS

000062

       



# Sparks Motors

2.5M followers • 71 following

    

Posts     About     Mentions     Reviews     Reels     Photos     More ▼                    •••

## Intro

As seen on Discovery's Diesel Brothers, Sparks Motors is the shop that built all the beasts.

ⓘ  **Page** · Entertainment website

🖲  DIESEL POWER GEAR LLC
   is responsible for this Page

📞  (801) 332-9140

✉️  support@sparksmotors.reamaze.com

🔗  sparksmotorsofficial.com

⭐  82% recommend (11 Reviews) ⓘ



       

## Photos

See all photos



**Tom V.** ✅ Verified purchase
★★★★★

Absolutely awesome! Love it. Good quality !!! Whatever

**Matthew A.** ✅ Verified purchase
★★★★★

By far the dopest shirt I've gotten so far! Which is saying alot because all 13 shirts

**Amber L.** ✅ Verified purchase ⓧ
★★★★★

From the very first time I saw your series / channel I have watched everyone multiple times. To me it's like a book that has so much going on that I can't stop reading it. I've spent hours & hours just reading it from start to finish. That is what your channels do to me. I would love to be able to come over there and meet you guys and see facilities along with the builds you've done. Thay you for all that you do, and don't ever stop what you're doing

**Kevin R.** ✅ Verified purchase
★★★★★

Product rocks!! Delivery/shipping however has doubled in eta since starting subscription. Similar thing happened when it was Diesel Power Gear went from being shipped a week from charge date to a month or longer. My ONLY complaint is it taking a month or longer for orders to arrive. Utah is jus a couple hrs from here Love the subscription otherwise

Item type
XL

**Josh D.** ✅ Verified purchase
★★★★★

Awesome thank you

Item type
Large

**Ron W.** ✅ Verified purchase
★★★★★

Love the shirts so does my dog diesel

**Jr. D.** ✅ Verified purchase ⓧ
★★★★★

Really like the different products I buy

Item type
XL

 

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More

## Featured

**Sparks Motors**
September 13, 2023🌐

Cancer sucks!! Help fight cancer and win a truck, win win for everyone! Go get entered! 👉👉👉...

**Sparks Motors**
September 13, 2023🌐

This truck ☐☐☐It could be yours! You could drive off into the sunset in this incredible replica of the great John...





## Posts

Filters

 **Sparks Motors**
20h · 🌐

Heavy D and the Black Hawk: Capturing the Spirit of Adventure and Coolness in Every Flight!







485                                    35    7

👍 Like          💬 Comment          ↗ Share

**View more comments**

🏆 Rising fan
**Cory Williams**
Hell 😈 yes

18h    Like    Reply    2 

**View 1 reply**

Write a comment...          ☆ 😳 🙂 📷 GIF 🎨

TRADEMARKS—REGISTERED AT UNITED STATES PATENT AND TRADEMARK OFFICE OWNED BY DIESEL POWER GEAR



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 15, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION 5,682,252 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *February 19, 2019*

SAID RECORDS SHOW TITLE TO BE IN:
*REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*Miguel Tarver*

Miguel Tarver
Certifying Officer

# United States of America

## United States Patent and Trademark Office

# LEGION

Reg. No. 6,075,276

Registered Jun. 09, 2020

Int. Cl.: 12

Trademark

Principal Register

Diesel Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY)
1955 S 1800 W
Woods Cross, UTAH 84087

CLASS 12: non-structural parts, components, and accessories for trucks, namely, fitted truck bed covers

FIRST USE 3-31-2020; IN COMMERCE 3-31-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-257,930, FILED 12-05-2016



Director of the United States
Patent and Trademark Office





8561392

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 15, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION 6,075,276 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10 YEARS FROM June 9, 2020*

SAID RECORDS SHOW TITLE TO BE IN:
   *REGISTRANT*

        By Authority of the
        Under Secretary of Commerce for Intellectual Property
        and Director of the United States Patent and Trademark Office

        *Rodney Glover*

        Rodney Glover
        Certifying Officer



000000

# United States of America

## United States Patent and Trademark Office

# LEGION

**Reg. No. 5,682,252**

**Registered Feb. 19, 2019**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Diesel Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY)
1955 S 3800 W
Woods Cross, UTAH 84087

CLASS 12: tires for automobiles and trucks, but specifically excluding motorcycle tires

FIRST USE 11-5-2018; IN COMMERCE 11-5-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-979,547, FILED 12-05-2016



Director of the United States
Patent and Trademark Office



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 15, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION 5,694,306 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF 10 YEARS FROM March 12, 2019

SAID RECORDS SHOW TITLE TO BE IN:
REGISTRANT



By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*Miguel Tarver*

Miguel Tarver
Certifying Officer

# United States of America

## United States Patent and Trademark Office



Reg. No. 5,694,306

Registered Mar. 12, 2019

Int. Cl.: 25

Trademark

Principal Register

Diesel Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY)
1955 S 1600 W
Woods Cross, UTAH 84087

CLASS 25: clothing and apparel, namely, shirts, pants, shorts, jackets, hoodies, and hats

FIRST USE 5-1-2013; IN COMMERCE 5-1-2013

The mark consists of a capitalized "D" followed by a capitalized "P". A lightening bolt silhouette separates the "D" and the "P".

SER. NO. 87-260,958, FILED 12-07-2016

Director of the United States
Patent and Trademark Office



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 15, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION 5,753,627 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *May 14, 2019*

SAID RECORDS SHOW TITLE TO BE IN:
    *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*Rodney Glover*

Rodney Glover
Certifying Officer



# United States of America

### United States Patent and Trademark Office

## MEGA RAMRUNNER

**Reg. No. 5,753,627**

**Registered May 14, 2019**

**Int. Cl.: 25**

**Trademark**

**Supplemental Register**

Diesel Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY)
1955 S 1800 W
Woods Cross, UTAH 84087

CLASS 25: Clothing, namely, shirts, jackets, hoodies, sweatshirts, beanies, caps, and wristbands

FIRST USE 2-5-2019; IN COMMERCE 2-5-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-980,131, FILED P.R. 05-31-2017; AM. S.R. 04-10-2019



Director of the United States
Patent and Trademark Office



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 16, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION *5,762,933* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *May 28, 2019*

SAID RECORDS SHOW TITLE TO BE IN:
    *REGISTRANT*

        By Authority of the
        Under Secretary of Commerce for Intellectual Property
        and Director of the United States Patent and Trademark Office



*Rodney Glover*

Rodney Glover
Certifying Officer

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,762,933**

**Registered May 28, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Diesel Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY)
1955 S 1800 W
Woods Cross, UTAH 84087

CLASS 25: clothing and apparel, namely, shirts, pants, shorts, jackets, hoodies, and hats

FIRST USE 9-11-2018; IN COMMERCE 9-11-2018

The mark consists of a skull with geometric facial features including eyes, polygonal eyes, arrow nose, and track mouth/jaw, as well as a long beard.

SER. NO. 88-161,036, FILED 10-18-2018



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

000011



8561392

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 15, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION 6,047,568 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *May 5, 2020*

SAID RECORDS SHOW TITLE TO BE IN:
 *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*Miguel Tarver*

Miguel Tarver
Certifying Officer



# United States of America
## United States Patent and Trademark Office

# BRODOZER

**Reg. No. 6,047,568**

**Registered May 05, 2020**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Diesel Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY)
1955 S 1800 W
Woods Cross, UTAH 84087

CLASS 25: Clothing, namely, shirts, jackets, hoodies, sweatshirts, beanies, caps, and wristbands

FIRST USE 10-1-2019; IN COMMERCE 10-1-2019

THIS MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-651,662, FILED 10-11-2019



Director of the United States
Patent and Trademark Office





8561392

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 15, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION 6,098,005 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *July 7, 2020*

SAID RECORDS SHOW TITLE TO BE IN:
    *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



*Miguel Tarver*

Miguel Tarver
Certifying Officer

# United States of America

## United States Patent and Trademark Office

# BROCAMINO

**Reg. No. 6,098,005**

**Registered Jul. 07, 2020**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Diesel Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY)
1955 S 1800 W
Woods Cross, UTAH 84087

CLASS 25: Clothing, namely, shirts and caps

FIRST USE 4-14-2020; IN COMMERCE 4-14-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-977,706, FILED 10-04-2019



*Andrei Iancu*
Director of the United States
Patent and Trademark Office





# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 15, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION 6,201,106 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *November 17, 2020*

SAID RECORDS SHOW TITLE TO BE IN:
    *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*Rodney Glover*

Rodney Glover
Certifying Officer



# United States of America

## United States Patent and Trademark Office

# POWER GEAR

**Reg. No. 6,201,106**

Dissul Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY)
1955 S 3800 W
Woods Cross, UTAH 84087

**Registered Nov. 17, 2020**

**Int. Cl.: 25**

CLASS 25: Athletic shirts; Baseball caps and hats; Camouflage shirts; Graphic T-shirts; Hats; Hooded sweat shirts; Long-sleeved shirts; Shirts; Shirts and short-sleeved shirts; Short-sleeved or long-sleeved t-shirts; Short-sleeved shirts; Sports caps and hats; T-shirts; Wristbands as clothing

**Trademark**

**Principal Register**

FIRST USE 5-1-2020; IN COMMERCE 5-1-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "GEAR"

SER. NO. 88-283,406, FILED 03-04-2019



Director of the United States
Patent and Trademark Office





# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 15, 2025

THE ATTACHED U.S. TRADEMARK REGISTRATION 6,420,750 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10 YEARS* FROM *July 13, 2021*

SAID RECORDS SHOW TITLE TO BE IN:
    *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*Rodney Glover*

Rodney Glover
Certifying Officer



# United States of America

## United States Patent and Trademark Office

# DPG

Reg. No. 6,420,750

Registered Jul. 13, 2021

Int. Cl.: 25

Trademark

Principal Register

Diesel Power Gear, LLC (UTAH LIMITED LIABILITY COMPANY)
1955 S 1800 W
Woods Cross, UTAH 84087

CLASS 25: Athletic shirts; Baseball caps and hats; Graphic T-shirts; Hats; Hooded sweat shirts; Long-sleeved shirts; Shirts; Shirts and short-sleeved shirts; Short-sleeved or long-sleeved t-shirts; Short-sleeved shirts; Sports caps and hats; t-shirts

FIRST USE 12-1-2020; IN COMMERCE 12-1-2020

THIS MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-670,895, FILED 10-28-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

SPARKSMOTORSOFFICIAL.COM

000020

← → C ⦿ sparksmotorsofficial.com

⊞ | 🏢 Office Portal  📅 Google Calendar - J...  🏦 Wells Fargo Bank, N...  🌐 REPRESENTING YO...  🏢 LexisNexis Product...

SMCO GEAR ∨   CONVENIENCE STORE ∨   GOLD MEMBER



NEW

SOLD OUT

**HEAVY RESCUE** PACK
**NO MAN LEFT BEHIND**

**1575** ENTRIES **15X**

from $105.00
HEAVY RESCUE: NO MAN LEFT BEHIND PACK

**4620**

from $154
"THE 2ND" B

SALE

**FLAG** PACK

MEC

SALE

**2145** ENTRIES **15X**

$153.00 $143.00 Sale
FLAG PACK
1 color

**2160**

$150.00 $
MECHANIC

SALE

SALE

000001

000022

   
RSHIP   **SCRAPYARD KING**



# PREMIUM BUNDLES



**ENTRIES** `30X`

.95

LACKOUT ULTIMATE PACK



**2310 ENTRIES** `15X`

from $154.95

"THE 2ND" ULTIMATE PACK



**1350 ENTRIES** `15X`

from $90.00

BROCAMINO PACK

---

`SALE`



**ENTRIES** `15X`

$144.00 Sale

PACK

`NEW`



**1170 ENTRIES** `15X`

~~$90.00~~ from $78.00 Sale

PARADISE PACK

1 color

`NEW`

`SALE`



QUICK VIEW

**1680 ENTRIES** `15X`

~~$140.00~~ $112.00 Sale

PARADISE UPGRADED PACK

1 color



`NEW`

000002

000023



# YOUTH GEAR



`SALE`

**25** ENTRIES `1X`

~~$35.00~~ $25.00 Sale
**SMCO FLAG YOUTH**
3 colors



`SALE`

**25** ENTRIES `1X`

~~$35.00~~ $25.00 Sale
**BLACKHAWK YOUTH**
1 color

## JOIN OUR EMAIL LIST

More and More.

## YOUTH GEAR

→



SALE



SALE



SALE





**25** ENTRIES **1X**
$35.00 $25.00 Sale
**SMCO FLAG YOUTH**
3 colors

**25** ENTRIES **1X**
$35.00 $25.00 Sale
**BLACKHAWK YOUTH**
1 color



**25** ENTRIES **1X**
$30.00 $25.00 Sale
**BONFIRE YOUTH**
2 colors



**25** ENTRIES **1X**
$25.00
**WRENCHING AINT EASY YOUTH**
1 color





**25** ENT
$25.00
**MEGARAN**
1 color

## JOIN OUR EMAIL LIST

News on the Latest Builds, Videos and More.

Your email    SIGN UP

By completing this form, you are signing up to receive our emails and can unsubscribe at any time.



Copyright © 2023, SparksMotors. All rights reserved. See our terms of use and privacy notice.

**ALL LINKS**

Search

Contact Us

Shipping Policy

Build Request

Winners

Privacy Policy

Terms of Service

Work For Us

Refund and Return Policy



ENTRIES **1X**

)

)ZER MADE IN AMERICA YOUTH

000005

000026

**VIEW ALL**

000006

.KS APPROVED – SparksM: ✕ +

← → C sparksmotorsofficial.com/collections/sparks-approved

⊞ Office Portal | Google Calendar - J... | Wells Fargo Bank, N... | REPRESENTING YO... | LexisNexis Product... | second circuit filing | nassau county land...

SMCO GEAR ⌄   CONVENIENCE STORE ⌄   GOLD MEMBERSHIP   SCRAPYARD KING

# SPARKS APPROV

▾ What are SPARKS APPROVED products

We are approached by a lot of brands so any product we add to th
tested it, researched it, and approve it 100

* Sparks Approved Partners are inelighle for Money

⇄ Filter ⌄   55 Results

New York State Dep...    CP Counsel Press | Clie...    Licensing | Nassau...    Westl



Sort: Featured ∨

000008

VIEW ALL

# SPARKS APPROVED

Gear from our favorite Companies



**54** ENTRIES `4X`

~~$109.99~~ $54.99 Sale

TUFF WALLET

**34** ENTRIES `1X`

~~$45.00~~ $34.95 Sale

BLACK SMOKE

**60** ENTRIES `4X`

$60.00

SHATTER-X UNIVERSAL WIPE ON LIQUID GLASS (SIO2)
WINDSHIELD PROTECTION

`SOLD OUT`



`SOLD OUT`

`SOLD OUT`



**25** ENTRIES `1X`

from $25.95

BLACK BEARDS FERRO ROD FIRE STARTER

**34** ENTRIES `1X`

~~$45.00~~ $34.95 Sale

ARMY GREEN

**34** ENTRIES `1X`

~~$45.00~~ $34.95 Sale

AMERICAN FLAG

000010

SOLD OUT



SOLD OUT



SOLD OUT





**44** ENTRIES **1X**

$55.95 $44.95 Sale

TUFF RING PRO - TITAN BLACK

**79** ENTRIES **1X**

$79.00

FIRST AID PRO

**39** ENTRIES **1X**

$39.00

FIRST AID CORE

SOLD OUT

SOLD OUT



SOLD OUT





**229** ENTRIES **1X**

$229.00

THE VAULT 100L DUFFEL BAG
2 colors

**124** ENTRIES **1X**

$124.00

THE SEVENTY2® PRO SHELL | DRY BAG
4 colors

**139** ENTRIES **1X**

$139.00

FIRST AID PLUS

000011









**599** ENTRIES 

$599.00
THE SEVENTY2® PRO SURVIVAL SYSTEM
4 colors

**40** ENTRIES 

$40.00
1776 AMERICAN FLAG

**40** ENTRIES 

$40.00
BLACK AND WHITE AMERICAN FLAG



VIEW ALL

# VEHICLE ESSENTIALS

Every Day Carry for your Truck















**19** ENTRIES 1X

from $19.95

NEW RED WHITE & BLUE RAPID ROPE - ROPE IN A CAN - 1100 LB. TENSILE STRENGTH

**19** ENTRIES 1X

from $19.95

RAPID ROPE CANISTERS | ROPE IN A CAN | 120 FEET | 1100 LB TEST | USA MADE! 18 colors

**139** ENTRIES 1X

$139.00

FIRST AID PLUS

**72** ENTRIES 1X

from $72.99

BRODOZER RECOVERY ROPE









**1724** ENTRIES 1X

$2,120.00 from $1,724.99 Sale

FARM / HEAVY EQUIPMENT KIT

**464** ENTRIES 1X

$570.00 from $464.99 Sale

(1-TON) DIESEL TRUCK OFF-ROAD RECOVERY KIT

**415** ENTRIES 1X

$510.00 from $415.99 Sale

OFF-ROAD RECOVERY KIT

**342** ENTRIES 1X

$430.00 from $342.99 Sale

SUV OFF-ROAD RECOVERY KIT

000013










**FERRO ROD**

- EXTRA LARGE Super USA 1.5" in diameter throws a MASSIVE shower of hot sparks to light fire hot to ignite any conditions.
- Windproof & weather resistant. Good for up to 10,000 strikes
- Over 1 foot of paracord





**CAPTAIN'S LOOT KIT**
3 Black Beard Fire Starters + 1 Fire Kit Organizer + 1 Black Beard Ferro Rod + 1 Black Beard Velcro Patch

**299** ENTRIES 1X
~~$370.00~~ from $299.99 Sale
SXS OFF-ROAD RECOVERY KIT

**78** ENTRIES 1X
~~$95.00~~ from $79.99 Sale
"DOUBLE LOOP" SOFT SHACKLE
3 colors

**25** ENTRIES 1X
from $25.95
BLACK BEARDS FERRO ROD FIRE STARTER

**58** ENTRIES 1X
~~$91.00~~ $58.95 Sale
CAPTAIN'S LOOT KIT | FIRE STARTER KIT



**THE ULTIMATE FIRE STARTER KIT**
4 Black Beard Fire Starters + 1 Arc Lighter + 1 Ferro rod + 1 organizer case







**79** ENTRIES 1X
~~$126.00~~ from $79.95 Sale
PIRATES PLUNDER - FIRE STARTER KIT

**299** ENTRIES 1X
$299.00
THE SEVENTY2® SURVIVAL SYSTEM

**599** ENTRIES 1X
$599.00
THE SEVENTY2® PRO SURVIVAL SYSTEM
4 colors

**VIEW ALL**



000014



Shipping News

JOIN OUR EMAIL LIST

Your email          SUBSCRIBE

United States (USD $)

Copyright © 2025, Spark Motors. All rights reserved. See our terms of use and privacy notice.

Powered by Shopify

000015



YOU TUBE—SPARKS MOTORS



≡  ▶ YouTube

Search

🎤  + Create  🔔  Ⓜ

🏠 Home
▶ Shorts
▶ Subscriptions

You ›

🕘 History
≡ Playlists
🕘 Watch later
👍 Liked videos
⬇ Downloads

Explore

🛍 Shopping
♪ Music
🎬 Movies & TV
(•)) Live
▦ Playables
🎮 Gaming
📰 News
🏆 Sports
💡 Learning

# Sparks Motors ✓

@SparksMotorsCo · 689K subscribers · 640 videos

Have you ever wondered how @HeavyDSparks has all these huge machines with one of a kind fabrication?...more

sparksmotorsofficial.com and 2 more links

**Subscribe**

Home   Videos   Shorts   Live   Playlists   Posts   🔍

### World's Largest Off-Road Wrecker

1,652,069 views · 1 year ago

Secure your identity now with our sponsor Aura!
https://www.aura.com/sparksmotors Get your first 2 weeks free
on us.

Here is an update you have all been waiting for Worlds Largest
Off-road Trail Wrecker!!!  Yes  @HeavyDSparks  teased us all
several months ago with this idea and we all wanted to see thi...

READ MORE

000038



# Sparks Motors ✓

@SparksMotorsCo · 689K subscribers · 640 videos

Have you ever wondered how @HeavyDSparks has all these huge machines with one of a kind fabrication?

sparksmotorsofficial.com and 2 more links

Home    Videos    Shorts    Live    Playlists    Posts    🔍

sane Giveaway
:covery That We'...
3 weeks ago

We took over the Pilot Flying
J HQ, now we're giving awa...
127K views · 1 month ago

Brodozer Wrecks a Car and
Diesel Dave Gets Wrecked b...
64K views · 4 months ago

The Largest American Flag
ever Flown Behind a Truck!
108K views · 4 months ago

Our Shady Friend Is Ba
Tell Us Everything He f
64K views · 5 months ago

## videos

jest Off-Road
1 year ago

Building Heavy D's Concrete
🚚Truck Conversion!
1.6M views · 2 years ago

HEAVIEST RESCUE! Building
this 55,000 lbs Recovery...
1.3M views · 2 years ago

New Giveaway: SAVAGE
1.1M views · 5 years ago

World's Only Extreme [
6x6 Ranger
1M views · 1 year ago

000038



≡  ▶YouTube

🏠 Home
🎵 Shorts
▷ Subscriptions

You  ›

🕐 History
☰ Playlists
🕐 Watch later
👍 Liked videos
⬇ Downloads

Explore

🛍 Shopping
🎵 Music
📺 Movies & TV
(•) Live
⠿ Playables
🎮 Gaming
📰 News
🏆 Sports
○ Learning

# Sparks Motors ✓

@SparksMotorsCo · 689K subscribers · 640 videos

Have you ever wondered how @HeavyDSparks has all these huge machines with one of a kind fabrication?

sparksmotorsofficial.com and 2 more links

Home    Videos    Shorts    Live    Playlists    Posts    🔍

he shop          It's a real problem.. Win   ⋮   The poster child of fuel   ⋮   Is this the healthiest   ⋮   Name a better place
                 this truck!                    economy, do you agree?        way to cook bacon?            grill your steak.
                 34K views                       13K views                     12K views                     11K views

Sparks



☰  ▶YouTube

⌂  Home

⌁  Shorts

▷  Subscriptions

You  ›

⟲  History

⇄  Playlists

◔  Watch later

👍  Liked videos

⬇  Downloads

Explore

🛍  Shopping

♪  Music

🎬  Movies & TV

((•))  Live

▦  Playables

🎮  Gaming

📰  News

🏆  Sports

○  Learning

# Sparks Motors ◉

@SparksMotorsCo · 689K subscribers · 640 videos

Have you ever wondered how @HeavyDSparks has all these huge machines with one of a kind fabrication?

sparksmotorsofficial.com and 2 more links

Home    Videos    Shorts    Live    Playlists    Posts    🔍

👎        ↗  💬 33    ⋮        👍 871  👎              ↗  💬 178  ⋮    👍 1.3K

INSTAGRAM—SPARKSMOTORS1985

000042

*Instagram*

**sparksmotors1985** ✪    Follow    Message   +⚇   •••

**9,134** posts    **1.1M** followers    **820** following

SparksMotorsCO
App page
usAMERICAN MADE MUSCLEus Truck Restorations, Custom Builds, Daily Entertainment
1955 s 1800 w, Woods Cross, Utah 84087
∂ wyotech.edu/win and 3 more

Workhorse 3.0    LONGHORN    PHANTOM    Brutus    ARIAT    Fake accounts    Nightmare

⊞

▦                        ▣                        ☒

◉ Messages

000043

*Instagram*



DAVE SPARKS

Messages

000043

Instagram



HIRING
MECHANICAL
ENGINEERS
AND
FABRICATORS
Send resume and project
jobs@sellerz.com

Messages

000045

*Instagram*



Messages

000046



*Instagram*

Messages

000046

*Instagram*



Messages

000047

*Instagram*



Messages

000048

# Instagram



Messages

000059

*Instagram*



Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Meta AI   Meta AI Articles   Threads
Contact Uploading & Non-Users   Meta Verified

English ∨   © 2025 Instagram from Meta

Messages

000050

INSTAGRAM—SPARKS_MOTORS

*Instagram*



sparks_motors

Follow    Message   +&   •••

**1,725** posts   **371K** followers   **184** following

**sparks_motors**

Ⓞ sparks_motors

Automotive Manufacturer
• Best Mechanic Content, Apparel, and insane Builds
• Custom 6x6 Trucks Built Here!
• For Business Inquiries, contact... more
🔗 youtu.be/5y32u8Mm8IU?si=SCG2r34uqfe-vl00 and 3 more

SPARK BOOST   Snowed In   Truck giveaw...   Collabs   Warrior Rising   YouTube   CyberTruck

⊞               ⊡               ⊡

⊙ Messages

000052



_Instagram_



**Matthew A.** ✔ Verified purchase ⓘ

★★★★★ 10/15/2024

By far the dopest shirt I've gotten so far! Which is saying alot because all 13 shirts I've received are dope! Love it! Thank you!

Item type:
2XL

**Amber L.** ✔ Verified purchase ⓘ

★★★★★ 8/3/2024

From the very first time I saw your series / channel I have watched everyone multiple times. To me it's like a book that has so much going on that I can't stop reading it. I've spent hours & hours just reading it from start to finish. That is what your channels do to me. I would love to be able to come over there and meet you guys and see facilities along with the builds you've done. That you for all that you do, and don't ever stop what you're doing.

Both my 11 year old son and I just love you all.
God Bless,
Amber





⊘ Messages

000053



**Ken W.**

★★★★★  ✓ Verified purchase ⓘ

8/2/2024

Love the shirts so does my dog diesel

Item type:
XL

Messages

000055

*Instagram*



ELECTRIC CYBER
TRUCK.

⊘ Messages

000056

*Instagram*



THAT WANT TO USE IT

Messages

000056



000058

*Instagram*



Messages

000058

## Instagram



★★★★★

Delighted with the gray shirt – heavy rescue – and would love some more of the army green shirts. Got my dollar and a sticker! What more could an old lady ask for..... Well I could think of some things but I'll have to be happy with what I got and that's t-shirts. I'm very happy with your products. They wear well both in fit and durability. Hope somebody very deserving gets Goliath. Wish all of you at Sparks motors a wonderful spring and summer. Pavatti.... YEAH!!!! 😊

Instagram

**Jon K.** ✓ Verified
5/2/2025
★★★★★
Love you guys. You are the coolest people around
2XL

**Stephen H.**
✓ Verified
5/1/2025
★★★★★
I love the merch just wish shipping was faster
2XL

320 MILE RAZOR THAT IS

Messages

000069

*Instagram*



HIRING
MECHANICAL
ENGINEERS
AND
FABRICATORS

Send resume and project
jobs@sellerz.com

ABOUT READY TO
PULL.

Sean J.  ✔ Verified purchase ⓘ
★★★★★  10/11/2024

I love it. I can't wait to receive my next one.

Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Meta AI   Meta AI Articles   Threads
Contact Uploading & Non-Users   Meta Verified

English ∨   © 2025 Instagram from Meta

Messages

# FACEBOOK—SPARKS MOTORS

       



# Sparks Motors

2.5M followers • 71 following

    

Posts    About    Mentions    Reviews    Reels    Photos    More ▾                    •••

## Intro

As seen on Discovery's Diesel Brothers, Sparks Motors is the shop that built all the beasts.

ⓘ **Page** · Entertainment website

🔄 DIESEL POWER GEAR LLC
is responsible for this Page

📞 (801) 332-9140

✉️ support@sparksmotors.reamaze.com

🔗 sparksmotorsofficial.com

⭐ 82% recommend (11 Reviews) ⓘ



      

## Photos                                                    See all photos



**Amber L.** ☑ Verified purchase
★★★★★

From the very first time I saw your series / channel I have watched everyone multiple times. To me it's like a book that has so much going on that I can't stop reading it. I've spent hours & hours just reading it from start to finish. That is what your channels do to me. I would love to be able to come over there and meet you guys and see facilities along with the builds you've done. Thank you for all that you do, and don't ever stop what you're doing

**Terri V.** ☑ Verified purchase
★★★★★
Absolutely awesome! Love it. Good quality !!! Whatever

**Matthew A.** ☑ Verified purchase
★★★★★
By far the dopest shirt I've gotten so far. Which is saying alot because all 13 shirts

**Kevin R.** ☑ Verified purchase
★★★★★
Product rocks!! Delivery/shipping however has doubled in eta since starting subscription. Similar thing happened when it was Diesel Power Gear went from being shipped a week from charge date to a month or longer. My ONLY complaint is it taking a month or longer for orders to arrive. Utah is jus a couple hrs from here Love the subscription otherwise

Item type
XL

**Josh D.** ☑ Verified purchase
★★★★★
Awesome thank you
Item type
Large

**Ken W.** ☑ Verified purchase
★★★★★
Love the shirts so does my dog diesel

**Jr. D.** ☑ Verified purchase
★★★★★
Really like the different products I buy
Item type
XL

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More

## Featured

 **Sparks Motors**
September 13, 2023🌐

Cancer sucks!! Help fight cancer and win a truck, win win for everyone! Go get entered! 👉👉👉...

 **Sparks Motors**
September 13, 2023🌐

This truck 🫳🫳🫳It could be yours! You could drive off into the sunset in this incredible replica of the great John...





## Posts

‡○‡ Filters



**Sparks Motors**
20h · 🌐

•••

Heavy D and the Black Hawk: Capturing the Spirit of Adventure and Coolness in Every Flight!





485                                           35        7

👍 Like            💬 Comment            ↗ Share

**View more comments**



🏆 Rising fan
Cory Williams
Hell 👀 yes

18h    Like    Reply    2 👍❤️

**View 1 reply**

👤✓    Write a comment...                    ☆ 😂 😊 📷 GIF 🎭

